UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOSE RAMOS,

                        Petitioner,

   -against-

WILLIAM PHILLIPS, Superintendent,
Green Haven Correctional Facility,

                        Respondent.
-----------------------------------------------------------------X

JUDGMENT
05-CV- 0023 (ARR)

An Order of Honorable Allyne R. Ross, United States District Judge, having been filed on June 30, 2005, denying the petition for a writ of habeas corpus; and ordering that no Certificate of Appealability will be granted; it is

ORDERED and ADJUDGED that petitioner take nothing of the respondent; that judgment is hereby entered denying the petition for a writ of habeas corpus; and that no Certificate of Appealability will be granted.

Dated: Brooklyn, New York
        June 30, 2005

                                              ROBERT C. HEINEMANN
                                              Clerk of Court